PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision

Name of Offender: Joseph Gatto          Cr.: 98-CR-246 and 99-CR-81
                                        PACTS Number: 828

Name of Sentencing Judicial Officer: The Honorable Alfred M Wolin; reassigned to The Honorable Joseph A Greenaway, Jr on 12/01/04

Date of Original Sentence: 04/30/99

Original Offense: Racketeering(Gambling); Conspiracy to Commit Extortion

Original Sentence: Sixty-one (61) months custody; Three (3) years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 10/20/03

### PETITIONING THE COURT

[ ] To extend the term of supervision for ___ Years, for a total term of ___ Years.
[✓] To withdraw the violation petition signed on December 1, 2004, and grant credit for time served on bail supervision on the aforementioned violation petition towards the supervised release term allowing the case to close without adverse action.

### CAUSE

This recommendation takes into consideration the "No Bill" issued May 28, 2009, by a Bergen Jury Grand Jury on alleged law violations occurring while on supervision, as well as the offender's compliance while on bail supervision pending resolution of the charges.

Respectfully submitted,

By: Kevin J Mullens
Senior U.S. Probation Officer
Date: 07/07/09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

7-14-09
Date